UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HEIDI AND TERRY LACHNEY**                                    **PLAINTIFFS**

**V.**                                     **CIVIL ACTION NO. 1:04CV760 LTS-JMR**

**GARY E. HALE and BILL J. ADAM**                          **DEFENDANTS**

## ORDER

The Court has before it the defendants' motion to dismiss the claims of one of the plaintiffs, Terry Lachney, for his failure to honor his discovery obligations under the Federal Rules of Civil Procedure and under the local rules of this court.

My review of the record in this case shows that Mr. Lachney has indeed failed to make the disclosures required by the local rules of court and that he has failed to respond to the defendants' discovery requests.

In light of the harsh nature of the relief requested, I will afford Mr. Lachney the opportunity to respond to the defendants' discovery requests and to make the disclosures required by the rules before finally dismissing his claims.

Accordingly, it is

**ORDERED**

That Plaintiff Terry Lachney shall, within fourteen days of the date of this order, make the disclosures required by the rules of court and fully respond to the defendants' discovery requests. Should Plaintiff Terry Lachney fail to obey this order, his case will be dismissed.

That counsel for Plaintiff Terry Lachney shall forward a copy of this order to Terry Lachney.

**SO ORDERED** this 5th day of April, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge